1  Rod D. Margo (State Bar No.: 97706)
   Scott D. Cunningham (State Bar No.: 200413)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299

5  Attorneys for Defendant
   SINGAPORE AIRLINES, LTD.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SOMPO JAPAN INSURANCE        )  Case No. C 05-4750 MHP
   COMPANY OF AMERICA,          )
                                )  **STIPULATION AND**
12          Plaintiff,           )  **[PROPOSED] ORDER TO**
                                )  **CONTINUE THE CASE**
13     vs.                       )  **MANAGEMENT CONFERENCE**
                                )  **AND TO PERMIT COUNSEL TO**
14 SINGAPORE AIRLINES,          )  **APPEAR TELEPHONICALLY**
                                )
15          Defendant.           )
                                )
16

17     WHEREAS, the case management conference in the captioned matter is

18 currently scheduled to be conducted on March 20, 2006, at 4:00 p.m.

19     WHEREAS, counsel for defendant Singapore Airlines, Ltd. is located in Los

20 Angeles.

21     WHEREAS, in order to allow counsel to appear telephonically, the parties

22 respectfully request that the Court continue the case management conference from

23 March 20, 2006, at 4:00 p.m., until March ~~21~~ 23, 2006, at ~~3:00 p.m.~~ 10:00 a.m. or at such other

24 time that is convenient for the Court.

25 //

26 //

27 //

28 //

---

STIPULATION AND [PROPOSED] ORDER FOR PARTIES TO
APPEAR TELEPHONICALLY
C 05-4750 MHP

1  IT IS HEREBY STIPULATED, by and between the parties, through their
2  respective counsel of record, as follows: (1) that the case management conference
3  shall be continued from March 20, 2006, at 4:00 p.m. until to March ~~21~~ 23, 2006 at
4  10:00 a.m. ~~3:00 p.m.~~, and (2) that counsel for both parties will appear telephonically.

6  Dated: March 13, 2006   CONDON & FORSYTH LLP

8  By: _____
9  ROD D. MARGO
   SCOTT D. CUNNINGHAM
   Attorneys for Defendant
10 SINGAPORE AIRLINES, LTD.

13 Dated: March 13, 2006   DAVID M. SALENTINE, ESQ.

15 By: _____
   DAVID M. SALENTINE
   Attorney for Plaintiff
16 SOMPO JAPAN INSURANCE
   COMPANY OF AMERICA

19  ~~[PROPOSED]~~ ORDER

21  IT IS HEREBY ORDERED that the case management conference is
22  continued from March 20, 2006, at 4:00 p.m. until March ~~21~~ 23, 2006 at ~~3:00 p.m.~~ 10:00 a.m.
23  and that counsel for both parties shall appear telephonically.

25  Dated: March 15, 2006

    Hon. Marilyn H. Patel
    United States District Judge

    IT IS SO ORDERED
    Judge Marilyn H. Patel

-2-

STIPULATION AND [PROPOSED] ORDER FOR PARTIES TO
APPEAR TELEPHONICALLY
C 05-4750 MHP

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030