**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

11 SOMPO JAPAN INSURANCE COMPANY OF    No. C 05-4750  MHP
AMERICA,

12                         **ORDER**

13          Plaintiff(s),           **(Ninety-Day Conditional Dismissal)**

14   v.

15 SINGAPORE AIRLINES,

16          Defendant(s).
                                  /

17

18      The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this action.

19         IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,

20 however, that if any party hereto shall certify to this Court, with a proof of service of a copy on

21 opposing counsel, within 90 days from the date hereof, that the agreed consideration for the

22 settlement has not been delivered over, this Order shall stand vacated, and the action shall be

23 restored to the calendar to be set for trial.

24

25

26

27 Dated: March 22, 2006

                            MARILYN HALL PATEL
                            United States District Judge

28