DAVID M. SALENTINE, ESQ. [CA SBN 92312]
Law Offices of David M. Salentine
465 California Street, Suite 400
San Francisco, CA 94104
Telephone: 415-982-1325
Facsimile: 415-982-1923

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SINGAPORE AIRLINES,<br><br>Defendant. | Case No.: C 05-04750 EMC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## STIPULATION

The parties, by their undersigned counsel of record, stipulate that this entire action may be dismissed with prejudice and without costs.

Dated this 27th day of March, 2006

_David M. Salentine (signature)_
DAVID M. SALENTINE
Attorney for Plaintiff

Dated this 12th day of April, 2006

CONDON & FORSYTH, LLP

_Scott D. Cunningham (signature)_
SCOTT D. CUNNINGHAM
Attorney for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL -1

151.039      SOMPO JAPAN v. SINGAPORE AIRLINES      Case No. C 05-04750 EMC